# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201700207

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## KYLE K.B. CAINES
Corporal (E-4), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel Joseph P. Lisiecki, USMCR.
Convening Authority: Commanding Officer, 1st Marine Regiment, 1st
Marine Division (Rein), Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Major Matthew J. Stewart,
USMC.
For Appellant: Lieutenant Commander Derek C. Hampton, JAGC,
USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 7 November 2017

———————————————

Before MARKS, WOODARD, and KOVAC *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court